UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
MAY 18 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. | **4:22CR00281 AGF/NAB** |
| SCOTT F. BUROW, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about between March 25, 2020, and April 2, 2020, within the Eastern District of Missouri, in and affecting interstate commerce, the Defendant,

**SCOTT F. BUROW,**

did knowingly recruit, entice, transport, provide, obtain, maintain, patronize and solicit E.P. having had a reasonable opportunity to observe E.P. and knowing or in reckless disregard that E.P. was under the age of 18 years old and knowing and in reckless disregard that E.P. would be caused to engage in a commercial sex act,

in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c) and 1594(a).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney
jillian.anderson@usdoj.gov